UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| MCGIP, LLC, | * | MC-10-115 |
| Plaintiff, | * | |
| vs. | * | **NOTICE OF WITHDRAWAL** |
| DOES 1-316, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW Midcontinent Communications, a non-party to the above-entitled matter, which has received a copy of a document purporting to be a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, and hereby notifies the Court that the above-named Plaintiff has agreed to withdraw this subpoena. Accordingly, Midcontinent Communications similarly gives notice that it withdraws its Motion to Quash and Objections to Subpoena.

Dated at Sioux Falls, South Dakota, this 30th day of November, 2010.

DAVENPORT, EVANS, HURWITZ &
SMITH, L.L.P.


/s/ Sandra Hoglund Hanson
Electronically Filed
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
E-mail: shanson@dehs.com
*Attorneys for Midcontinent*
*Communications*

2

## CERTIFICATE OF SERVICE

Sandra Hoglund Hanson, one of the attorneys for Midcontinent Communications, hereby certifies that a true and correct copy of the foregoing "Notice of Withdrawal" was served by electronic and U.S. mail upon:

> John Steele
> Steele Law Firm LLC
> 161 N. Clark St., Ste, 4700
> Chicago, IL 60601
> Email:  john@steele-law.com
> Telephone:  312-893-5888
> *Attorneys for Plaintiff*

on this 30th day of November, 2010.

/s/ Sandra Hoglund Hanson
Electronically Filed